Henry F. Bailey, Jr. #5-1681
Andrew D. Bailey #7-6112
BAILEY STOCK HARMON COTTAM LOPEZ LLP
6234 Yellowstone Road
P.O. Box 1557
Cheyenne, WY   82003
307-638-7745

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff )<br> )<br>v. )<br> )<br>JOHN ELDON RIMMASCH, )<br>and WASATCH RAILROAD CONTRACTORS )<br>    Defendants. ) | Case No. 21-CR-00138-ABJ |

## NOTICE OF THIRD PARTY INTEREST AND OBJECTION TO FORFEITURE OF SPOUSE'S INTEREST IN JOINTLY OWNED PROPERTY

Becky Lyn Rimmasch was married to the Defendant, John Eldon Rimmasch, on June 1, 1999.  She is the joint owner of the parties' home located at 831 Shadow Mountain Trail, Cheyenne, Wyoming, more fully described as Western Hills North: Lot 6, Block 65. Deed: 2398 WD 733, 07/18/2014, which is one of the properties subject to the Court's Preliminary Forfeiture Order.  Because they are husband and wife, Becky and John Rimmasch own the property as tenants by the entireties.  *Fuger v. Wagoner,* 478 P.3d 176, 182 (Wyo. 2020).   Neither spouse in a tenancy by the entirety can separately or independently sever the estate, nor can a judgment creditor execute a judgment against one spouse on the property.  *Id.*

The marital home at 831 Shadow Mountain Trail is not connected in any way to Defendant John Eldon Rimmasch's criminal activities, but is argued by the prosecution to be 'substitute property' subject to forfeiture.  If the marital home is not properly substitute property, it cannot be forfeited in this case.  If, however, it is properly subject to forfeiture, only the Defendant's

interest in the property is subject to forfeiture. But under no circumstance is the government entitled to forfeiture of Becky Lyn Rimmasch's equity in the property. *United States v. Lester*, 85 F.3d 1409, 1413 (9th Cir. 1996).

Upon the government's final publication of notice and delivery of notice to Becky Lyn Rimmasch, Becky Lyn Rimmasch will file her sworn petition asserting her legal interest in the subject property. 21 U.S.C. 853(n); Rule 32.2(b)(6)(A) *Federal Rules of Criminal Procedure.*

Respectfully submitted this 30th day of June, 2022.

**BAILEY | STOCK | HARMON | COTTAM | LOPEZ LLP**

  /s/ *Henry F. Bailey Jr.*
Henry F. Bailey Jr., #5-1681
Andrew D. Bailey, #7-6112
Bailey | Stock | Harmon | Cottam | Lopez LLP
6234 Yellowstone RaodP. O. Box 1557
Cheyenne, WY 82003
Attorneys for Becky Lyn Rimmasch

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing ***Response*** were served electronically via the CM/ECF filing system on this 30th day of June, 2022, to:

Stephanie I. Sprecher
Assistant U.S. Attorney
P.O. Box 22211
Casper, WY 82602

Richard H. Baird
US Environmental Protection Agency
1595 Wynkoop Street
Denver, CO 80202

  /s/ *Henry F. Bailey Jr.*
  Henry F. Bailey Jr.